**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Jean P. Sonnier<br>　　　　　　　　　Debtor | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>　　　　　　　　　Movant<br>　　vs. | NO. 16-17458 ELF |
| Jean P. Sonnier<br>　　　　　　　　　Debtor | |
| William C. Miller Esq.<br>　　　　　　　　　Trustee | 11 U.S.C. Section 362 |

**ORDER TERMINATING AUTOMATIC STAY**

Upon consideration the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, it is

ORDERED, that the automatic stay is hereby modified under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 1FTYR15E57PA42653 2007 Ford Ranger Extended Cab 2D XLT 4WD 4.0L V6  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Date:  12/28/16

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**