United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jean P. Sonnier  
      Debtor

Case No. 16-17458-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Dec 28, 2016  
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2016.  
db           +Jean P. Sonnier,    1055 Lampeter Road,    Lancaster, PA 17602-1343

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2016                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2016 at the address(es) listed below:

         ALAINE V. GRBACH    on behalf of Debtor Jean P. Sonnier avgrbach@aol.com  
         DENISE ELIZABETH CARLON    on behalf of Creditor    Toyota Motor Credit Corporation  
          bkgroup@kmllawgroup.com  
         THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                             TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jean P. Sonnier<br>_Debtor_ | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>_Movant_<br>vs. | NO. 16-17458 ELF |
| Jean P. Sonnier<br>_Debtor_ | |
| William C. Miller Esq.<br>_Trustee_ | 11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

Upon consideration the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, it is

ORDERED, that the automatic stay is hereby modified under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 1FTYR15E57PA42653 2007 Ford Ranger Extended Cab 2D XLT 4WD 4.0L V6  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Date:  12/28/16

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**