IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| JEAN P. SONNIER, | ) | |
| | ) | |
| Debtor | ) | CASE NO.: 16-17458-ELF |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| | ) | |
| CAPITAL ONE AUTO FINANCE, | ) | **HEARING DATE**: |
| A DIVISION OF CAPITAL ONE N.A. | ) | Thursday, February 9, 2017 |
| Movant | ) | 10:00 a.m. |
| | ) | |
| vs. | ) | **LOCATION**: |
| | ) | U.S. Bankruptcy Court |
| JEAN P. SONNIER, Debtor | ) | Eastern District of Pennsylvania |
| and KIMBERLY L. SONNIER, Codebtor, | ) | Courtroom #1 |
| | ) | 900 Market Street |
| Respondents | ) | Philadelphia, PA 19107 |
| And | ) | |
| WILLIAM C. MILLER | ) | |
| Trustee | ) | |

# ORDER

AND NOW, this 9th day of February, 2017, it is hereby **ORDERED** that the Motion is granted and automatic and codebtor stay is lifted with respect to the Movant.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle possession (2012 MAZDA CX-9-V6 Utility 4D Touring 2WD, V.I.N. JM3TB2CA9C0346146) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

It is further ORDERED that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

**Order entered by default.**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

Please send copies to:

Jean P. Sonnier
1055 Lampeter Road
Lancaster, PA 17602

Kimberly L. Sonnier
1055 Lampeter Road
Lancaster, PA 17602

Alaine Grbach, Esq.
675 Estelle Drive
Lancaster, PA 17601

William C. Miller, Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107