United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 16-17458-elf
Jean P. Sonnier                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Virginia         Page 1 of 1         Date Rcvd: Feb 09, 2017
                             Form ID: pdf900        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2017.
db             +Jean P. Sonnier,   1055 Lampeter Road,   Lancaster, PA 17602-1343

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2017 at the address(es) listed below:
          ALAINE V. GRBACH    on behalf of Debtor Jean P. Sonnier avgrbach@aol.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
           jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    Pennymac Loan Services, LLC paeb@fedphe.com
          THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                      TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| JEAN P. SONNIER, | ) | |
| | ) | |
| Debtor | ) | CASE NO.: 16-17458-ELF |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| | ) | |
| CAPITAL ONE AUTO FINANCE, | ) | **HEARING DATE**: |
| A DIVISION OF CAPITAL ONE N.A. | ) | Thursday, February 9, 2017 |
| Movant | ) | 10:00 a.m. |
| | ) | |
| vs. | ) | **LOCATION**: |
| | ) | U.S. Bankruptcy Court |
| JEAN P. SONNIER, Debtor | ) | Eastern District of Pennsylvania |
| and KIMBERLY L. SONNIER, Codebtor, | ) | Courtroom #1 |
| | ) | 900 Market Street |
| Respondents | ) | Philadelphia, PA 19107 |
| And | ) | |
| WILLIAM C. MILLER | ) | |
| Trustee | ) | |

**ORDER**

AND NOW, this  9th day of  February    , 2017,  it is hereby **ORDERED**

that  the  Motion  is  granted and automatic and codebtor stay is lifted with respect to the Movant.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle

possession (2012 MAZDA CX-9-V6 Utility 4D Touring 2WD, V.I.N. JM3TB2CA9C0346146)

and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state

law in connection with the loan documents.

It is further ORDERED that this grant of relief from stay shall remain in full force and effect,

notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

**Order entered by default.**

_____

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

Please send copies to:

Jean P. Sonnier
1055 Lampeter Road
Lancaster, PA 17602

Kimberly L. Sonnier
1055 Lampeter Road
Lancaster, PA 17602

Alaine Grbach, Esq.
675 Estelle Drive
Lancaster, PA 17601

William C. Miller, Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107