United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-17458-elf
Jean P. Sonnier                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Virginia              Page 1 of 2              Date Rcvd: Mar 22, 2017
                             Form ID: pdf900             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2017.
```
db         +Jean P. Sonnier,   1055 Lampeter Road,   Lancaster, PA 17602-1343
13812404   +Capital One,   Po Box 30285,   Salt Lake City, UT 84130-0285
13815729   +Capital One Auto Finance,    P O Box 30258,   Salt Lake CIty   UT 84130-0258
13832100    Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
13856518    Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
13819436   +First Natioanl Bank of Omaha,    First National Bank of Omaha,
             1620 Dodge Street, Stop code 3105,   Omaha, NE 68197-0002
13812407   +First National Bank,   Attn: FNN Legal Dept,   1620 Dodge St Mailstop Code 3290,
             Omaha, NE 68102-1593
13863170   +Midland Funding LLC,   PO Box 2011,   Warren, MI 48090-2011
13812409    Pennymac Loan Services,    Attn: Bankruptcy,   Po Box 514357,   Los Angeles, CA 90051
13878453   +Pennymac Loan Services, LLC,    6101 Condor Drive, Suite 200,   Moonpark, CA 93021-2602
13835719   +Stoneberry,   c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
13812414  ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
           (address filed with court: Toyota Mtr,   Toyota Financial Services,   Po Box 8026,
             Cedar Rapids, IA 52408)
13812413   +Target,   C/O Financial & Retail Services,   Mailstop BT PO Box 9475,
             Minneapolis, MN 55440-9475
13822004   +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: bankruptcy@phila.gov Mar 23 2017 01:38:56    City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 23 2017 01:38:33
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 23 2017 01:38:50    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13864236   +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 23 2017 01:34:00
             Capital One Auto Finance, c/o Ascension Capital Gr,    P.O. Box 201347,
             Arlington, TX 76006-1347
13863839   +E-mail/Text: bankruptcy@cavps.com Mar 23 2017 01:38:48     Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
13816382    E-mail/Text: mrdiscen@discover.com Mar 23 2017 01:38:16    Discover Bank,
             Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
13812405   +E-mail/Text: mrdiscen@discover.com Mar 23 2017 01:38:16    Discover Financial,   Po Box 3025,
             New Albany, OH 43054-3025
13812406   +E-mail/Text: bnc-bluestem@quantum3group.com Mar 23 2017 01:39:06    Fingerhut,
             6250 Ridgewood Rd,   St Cloud, MN 56303-0820
13812408   +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 23 2017 01:38:20    Kohls/Capital One,
             Po Box 3120,   Milwaukee, WI 53201-3120
13830928    E-mail/Text: bnc-quantum@quantum3group.com Mar 23 2017 01:38:26
             Quantum3 Group LLC as agent for,   Sadino Funding LLC,   PO Box 788,
             Kirkland, WA  98083-0788
13812410   +E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2017 01:33:58     Synchrony Bank/Amazon,
             Po Box 965064,   Orlando, FL 32896-5064
13812411   +E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2017 01:33:49     Synchrony Bank/Care Credit,
             Po Box 965064,   Orlando, FL 32896-5064
13812412   +E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2017 01:33:58     Synchrony Bank/Lowes,
             Po Box 965064,   Orlando, FL 32896-5064
13872654   +E-mail/Text: bncmail@w-legal.com Mar 23 2017 01:38:42    TD BANK USA, N.A.,
             C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                              TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13812403        Aes/m&taselt
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Virginia              Page 2 of 2              Date Rcvd: Mar 22, 2017
                              Form ID: pdf900             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2017 at the address(es) listed below:
              ALAINE V. GRBACH    on behalf of Debtor Jean P. Sonnier avgrbach@aol.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Pennymac Loan Services, LLC paeb@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JEAN P. SONNIER | Chapter 13 |
| Debtor | Bankruptcy No. 16-17458-ELF |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

    **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

**Date: March 22, 2017**

_____
Eric L. Frank
ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ALAINE GRBACH
675 ESTELLE DR

LANCASTER, PA 17601-

Debtor:
JEAN P. SONNIER

1055 LAMPETER ROAD

LANCASTER, PA 17602